IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01836-REB-KMT

TERI McTAGUE,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Joint Motion to Vacate Settlement Conference" (#24, filed January 28, 2008) is GRANTED. The Settlement Conference set for February 7, 2008 is VACATED.

Dated: February 4, 2008