**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-01836-REB-KMT

TERI McTAGUE,

     Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

     Defendant.

---

### ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter comes before the court on the **Stipulation For Dismissal With Prejudice** [#31], filed March 4, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#31], filed March 4, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for November 13, 2008, is **VACATED**;

3. That the jury trial set to commence December 1, 2008, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 4, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**